FILED



# UNITED STATES DISTRICT COURT

2022 NOV 18 PM 2:46

for the

MIDDLE District of FLORIDA

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

CIVIL Division

Case No. 6:22-cv-2161-ACC-DCI
*(to be filled in by the Clerk's Office)*

JAMES ARTHUR RUSSELL
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

H. SCOTT BATES, ATTORNEY
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: JAMES ARTHUR RUSSELL
All other names by which you have been known:
ID Number: 571490
Current Institution: CFRC
Address: 7000 H.C. KELLEY DR.
ORLANDO, (City) FL. (State) 32831 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: H. SCOTT BATES
Job or Title *(if known)*: ATTORNEY, MORGAN & MORGAN
Shield Number:
Employer: MORGAN & MORGAN
Address: 20 N. ORANGE AVE. STE. 1600
ORLANDO, (City) FL. (State) 32801 (Zip Code)
☑ Individual capacity ☑ Official capacity

Defendant No. 2
Name: MORGAN & MORGAN LAW FIRM
Job or Title *(if known)*:
Shield Number:
Employer:
Address: 20 N. ORANGE AVE, STE. 1600
ORLANDO, (City) FL. (State) 32801 (Zip Code)
☐ Individual capacity ☑ Official capacity

Defendant No. 3

Name: ELI LIDSKY

Job or Title *(if known)*: ATTORNEY

Shield Number:

Employer: MORGAN & MORGAN

Address: 20 N. ORANGE AVE., STE. 1600

ORLANDO, FL. 32801

City State Zip Code

[x] Individual capacity [x] Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

City State Zip Code

[ ] Individual capacity [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[x] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

BREACH OF CONTRACT
UNJUSTIFIABLE FAILURE TO PERFORM CONTRACT
FALSE ADVERTISEMENT
FRAUDING DOCUMENTATION

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

UNJUSTIFIABLE FAILURE TO PERFORM CONTRACT
BREACH OF CONTRACT
FALSE ADVERTISEMENT
FRAUDING DOCUMENTS

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* __________

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

ORLANDO, FL. 32801, MORGAN & MORGAN LAW FIRM

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

C. What date and approximate time did the events giving rise to your claim(s) occur?

ON OR ABOUT SEPTEMBER, 2021

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* IN SEPTEMBER, 2021 THE DEFENDANT AGREED TO REPRESENT PLAINTIFF IN A LAW SUIT AGAINST THE SOCIAL SECURITY ADMINISTRATION. ON EACH EVENT THAT PLAINTIFF CONTACTED DEFENDANT CHECKING THE STATUS OF HIS CASE, HE WAS TOLD THAT THEY (MORGAN & MORGAN) WERE AWAITING A DECISION.

(SEE ADDITIONAL SHEET)

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

DEFENDANTS FAILED TO PERFORM THE CONTRACT COMPLETELY ABANDONING PLAINTIFF ALL OF WHICH MAKE DEFENDANTS LIABLE FOR HIS BENIFITS NOT BEING REINSTATED AND PLAINTIFF WAS NOT ABLE TO RECOVER MONIES OWED TO HIM FROM SOCIAL SECURITY AROUND $7,000

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

ISSUE A DECLARATORY JUDGEMENT STATING THAT THE DEFENDANT'S BREACHED THEIR CONTRACT ENTERED INTO WITH PLAINTIFF. ISSUE AN INJUNCTIVE ORDER ORDERING THE DEFENDANT'S TO CARRY OUT THEIR OBLIGATIONS AND/OR PAY THE PLAINTIFF THE AMOUNT HE WOULD HAVE RECOVERED FROM THE LAW SUIT AGAINST THE SOCIAL SECURITY ADMINISTRATION

ISSUE MONEY DAMAGES IN THE AMOUNT OF $7,000 AND ANY OTHER RELIEF THAT THIS COURT DEAMS FAIR AND APPROPRIATE UNDER THE CIRCUMSTANCES.

ADDITIONAL SHEET

NOTE SHOULD BE TAKEN THAT ON TWO (2) SEPERATE OCCASIONS PLAINTIFF FILED AN APPLICATION WITH THE SOCIAL SECURITY ADMINISTRATION SEEKING TO HAVE HIS BENIFITS REINSTATED BECAUSE HIS BENIFITS WERE SUSPENDIN IN 1998 WHEN HE WENT TO PRISON.

ON BOTH OCCASIONS THE SOCIAL SECURITY ADMINISTRATION DENIED PLAINTIFF'S APPLICATIONS.

PLAINTIFF REACHED OUT TO THE DEFENDANT'S REQUESTING THEIR REPRESENTATION IN A LAW SUIT HE DESIRED TO COMMENCE AGAINST THE SOCIAL SECURITY ADMINISTRATION FOR DENYING BOTH APPLICATIONS.

THE DEFENDANT'S AGREED TO REPRESENT PLAINTIFF IN A LAW SUIT.

THE DEFENDANT'S HAVE BREACHED THEIR CONTRACT BY FAILING TO PERFORM THEIR DUTIES AND ABANDONING PLAINTIFF'S CASE.

THE DEFENDANT'S HAVE ATTEMPTED TO USE FALSE STATEMENTS AND FRAUDED DOCUMENTS TO COVER UP THEIR ACTIONS AND INACTIONS.

PLAINTIFF IS REQUESTING THAT THE DEFENDANT'S BE ORDERED TO PERFORM THEIR CONTRACT AND/OR PAY THE PLAINTIFF $7,000.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

______________________________________________

2. What did you claim in your grievance?

______________________________________________

3. What was the result, if any?

______________________________________________

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

______________________________________________

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) __________

   Defendant(s) __________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   __________

3. Docket or index number

   __________

4. Name of Judge assigned to your case

   __________

5. Approximate date of filing lawsuit

   __________

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. __________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   __________

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ______________________

   Defendant(s) ______________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ______________________

3. Docket or index number

   ______________________

4. Name of Judge assigned to your case

   ______________________

5. Approximate date of filing lawsuit

   ______________________

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition ______________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ______________________

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-11-22

Signature of Plaintiff [signature]

Printed Name of Plaintiff JAMES ARTHUR RUSSELL

Prison Identification # S71490

Prison Address CFRC 7000 H.C. KELLEY DR.

ORLANDO (*City*) FL. (*State*) 32831 (*Zip Code*)

### B. For Attorneys

Date of signing: ____________

Signature of Attorney ____________

Printed Name of Attorney ____________

Bar Number ____________

Name of Law Firm ____________

Address ____________

____________ *City* ____ *State* ____ *Zip Code*

Telephone Number ____________

E-mail Address ____________